308872
8284

# United States Court of Appeals
## For the First Circuit

No. 06-1157

CHUKWUMA E. AZUBUKO

CA05-12163RGS

Plaintiff - Appellant

v.

METROPOLITAN BOSTON HOUSING PARTNERSHIP CORPORATION

Defendant - Appellee

**ORDER OF COURT**
Entered: March 29, 2006
Pursuant to 1st Cir. R. 27(d)

Treating appellant's financial affidavit, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: KF Date: 3/29/6

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By: ______________________
Chief Deputy Clerk

[Certified Copies: Honorable Richard Stearns, Sarah A. Thornton, Clerk, USDC of Massachusetts]

[cc: Chuckwu E. Azubuko]

EXHIBIT 01

Allowed, however, I caution the Court of Appeals that appellant is a much enjoined litigant in this court and others. R.G. Stearns DJ 4-4-06.