UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHUKWUMA B. AZUBUKO

v. C.A. 06-312ML

JUDGE R.G. STEARNS, in his
official capacity

ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond dated July 14, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The plaintiff's complaint is hereby DISMISSED with prejudice.

BY ORDER:

Mary M. Lisi
U.S. District Judge
July 31, 2006

Entered as an Order of this Court on July 31, 2006

Barbara Barletta
Deputy Clerk