# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CHUKWUMA E. AZUBUKO**

**VS.** **C.A. NO. 06-312ML**

**JUDGE R.G. STEARNS, in his official capacity**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Judge R.G. Stearns, against the plaintiff, Chukwuma E. Azubuko, pursuant to the Order dated July 31, 2006 DISMISSING the plaintiff's complaint with prejudice.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: July 31, 2006