**UNITED STATES' DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CIVIL ACTION NUMBER:
1:06-CV-00312-ML-LDA

AZUBUKO -
Plaintiff

v.

STEARNS -
Defendant

**PLAINTIFF'S MOTION TO INCLUDE JUDGE WILLIAM G. YOUNG AS A DEFENDANT**

The proceedings came into being owing to the action of Judge William G. Young. Therefore, the Plaintiff would like the Court to act in keeping with the head. It had nothing to do with statute of limitations. He had been sued, but injustice prevailed. Continuous violation mitigated statute of limitations if any.

**CONCLUSION**

Hopefully, "Justice will be done and be seen to be done," at all material times.

Respectfully submitted on Saturday – August 12th – 2006.

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

**CERTIFICATE OF SERVICE**

The Plaintiff did not serve the Defendant with a copy of the head.

CHUKWUMA E. AZUBUKO,
Pro Se.