**UNITED STATES' DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AZUBUKO - Plaintiff<br><br>v.<br><br>STEARNS - Defendant | CIVIL ACTION NUMBER: 1:06-cv-312 |

**SECOND PLAINTIFF'S MOTION FOR ESTABLISHMENT OF REASONS FOR PRECOCIOUS DISMISSAL AND/OR SECOND MOTION FOR RECONSIDERATION**

The Plaintiff received the Court's handwritten denial order dated August 10th – 2006 and postmarked self-same date/day on Saturday – 12th instant. These would be the bases for the head.

01) Consciously, the Court would consider the subject matter insidious and invidious. Nonetheless, anyone in legal kingdom should wear patience like clothes. Real life problems would not be solved on the basis of Burger King's methodology to administration of justice. Of course, the world over nobody had been allergic to justice just like water.

02) If the Court would agree with the Plaintiff, the proceedings were not dismissed on the basis of merit: that meant condemnation of the Plaintiff to knowingly deprivation of Substantive and Procedural Due Process. Undoubtedly, such a propensity was unconstitutional and/or unlawful. Factly, mankind never considered it intelligent to get out of Stone Age, because of desideratum of stone/s.

Denied. [illegible] USDJ 8/17/06

**CONCLUSION**

Reiteratively, nobody had been allergic to justice. The Court should feel her ears burning. The Plaintiff could empathize with the Court vis-à-vis the socio-psychological

quagmire act upon the rule of law would precipitate her into. With eyes, one would know ripped okra. Mankind would not be equated with he-goat, which considered it intelligent to having special relationship with its mother. Unexaggeratedly, the Plaintiff had done whatever would be done by any reasonable and prudent person similarly situated with him. If the Court elected to quash the proceedings precociously, of course an appeal would be the Hobson's choice.

Respectfully submitted on Monday – August 14th – 2006.

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 264 6291.

**CERTIFICATE OF SERVICE**

The Plaintiff did not serve the Defendant with the head for some inexplicable reasons.

CHUKWUMA E. AZUBUKO,
Pro Se.