**UNITED STATES' DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CIVIL ACTION NUMBER:
1:06-CV-00312-ML-LDA

AZUBUKO -
Plaintiff

v.

STEARNS -
Defendant

**PLAINTIFF'S NOTICE OF APPEAL**

The Plaintiff had received the Court's dismissal orders of 'Second Plaintiff's Motion For Establishment Of Reasons For Precocious Dismissal And/Or Second Motion For Reconsideration' and 'Plaintiff's Motion To Include Judge William G. Young As A Defendant' hand-dated August 17th and postmarked self-same date on Wednesday – 22nd *instant*. Evidently, it had been forgotten that "Destiny cannot elude the bearer of the truth."

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

**CERTIFICATE OF SERVICE**

The Plaintiff certify that a true copy of the head was served upon the Solicitor General of the United States, Room 5614, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington DC 20530-0001 via the United States' pre-paid first-class mail on Monday – August 28th – 2006.

CHUKWUMA E. AZUBUKO,
Pro Se.

**Dated: Saturday – August 26th – 2006.**