06-00312
USDCRI
Judge Lisi

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-2269

CHUKWUMA E. AZUBUKO,

Plaintiff, Appellant,

v.

HON. RICHARD G. STEARNS,

Defendant, Appellee.

---

Before

Lynch, Circuit Judge,
Campbell and Selya, Senior Circuit Judges.

---

JUDGMENT

Entered: May 10, 2007

Appellant Chukwuma E. Azubuko has appealed from the district court's (1) dismissal of his complaint and (2) denial of his motion to join Judge William G. Young as a defendant. Meanwhile, the only appellee, Judge Richard G. Stearns, has filed a motion for summary disposition. After carefully reviewing the record, appellant's opposition to summary disposition, and appellant's brief, we agree with appellee and the district court that this case is frivolous. Both Judge Stearns and Judge Young plainly are absolutely immune from appellant's claims for damages in this case. See Stump v. Sparkman, 435 U.S. 349, 355-57 (1978). As a result, the district

court did not err in dismissing appellant's complaint and denying his motion that Judge Young be added as a defendant.

Summarily affirmed. All pending motions are denied as moot.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:______________________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Snee

Deputy Clerk

Date: 10/10/07

[cc: Chukwuma Azubuko, Michael Iannotti, AUSA]